195 So. 283

### Veal HOVEY v. STATE.

#### 4 Div. 138.

Supreme Court of Alabama.

March 28, 1940.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the motion.

M. I. Jackson, of Clayton, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Hovey v. State, 195 So. 282.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

195 So. 290

### Willie FRAZER v. STATE.

#### 5 Div. 318.

Supreme Court of Alabama.

March 28, 1940.

Duke & Duke and Thos. W. Starlin, all of Opelika, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Willie Frazer for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Frazer v. State, 195 So. 287.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.